**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN L. HALEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH G. ORNELAS, )<br>)<br>Defendant. )<br>_____) | NO. CV 18-3546-AG(E)<br><br><br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: Sept 27, 2018.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE